STATE of Vermont v. Richard SMITH a/k/a Kevin West, No. 81-80

March 20, 1980. The defendant's motion that he be incarcerated only within the state of Vermont and for stay of sentence is denied for lack of jurisdiction. *State* v. *Smith*, 134 Vt. 614, 365 A.2d 980 (1976); *Battick* v. *Stoneman*, 421 F. Supp. 213, 228 (D. Vt. 1976); V.R.A.P. 8(a).

IN RE S. D., Juvenile, No. 31-80

April 3, 1980. Motion to withdraw as counsel for appellant L. D., father, by Attorney Alan Coulman, is granted.

STATE of Vermont v. Douglas J. KEHOE, No. 118-78

April 8, 1980. The error urged in this Court not having been raised before the trial court, V.R.Cr.P. 30, the judgment is affirmed.

IN RE ESTATE OF Dora L. EXNER, No. 346-78

April 8, 1980. Motion to reconsider is denied.

R. Kent STONEMAN, Commissioner, Social and Rehabilitation Services v. VERGENNES UNION HIGH SCHOOL DISTRICT #5, et al., No. 301-79

April 8, 1980. This Court is without jurisdiction to entertain this appeal because there is no final judgment. V.R.C.P. 54(b). Appeal dismissed.

William F. HELM, Jr. v. Ina C. HELM, No. 302-79

April 8, 1980. Appellee's motion to dismiss is denied. *Town of Lyndon* v. *Burnett's Contracting Co.*, 138 Vt. 102, 413 A.2d 1204 (1980); *Montgomery* v. *Branon*, 129 Vt. 379, 381, 278 A.2d 744 (1971).

NORTHWOOD AMC CORPORATION v. AMERICAN MOTORS CORP. and American Motors Sales Corp., No. 341-78

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

NORTHWOOD AMC CORPORATION v. AMERICAN MOTORS CORP. and American Motors Sales Corp., No. 353-78

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with